IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr430-MHT |
| | ) | (WO) |
| TIMOTHY JASON ECKERMANN | ) | |

## MENTAL-HEALTH ORDER

In accordance with the provisions in the judgment of conviction, it is ORDERED that, upon defendant Timothy Eckermann's release from the inpatient, dual-diagnosis residential facility, the United States Probation Office shall arrange for him to receive mental-health counseling at least twice a month until further order of the court. The counseling should address any issues identified by the inpatient facility as well as help him adjust back into society.

DONE, this the 2nd day of August, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**